No. 464. United Railways and Electric Co. *v.* West,
Chairman, et al., etc.; and

No. 465. West, Chairman, et al., etc. *v.* United
Railways and Electric Co.
November 19, 1928.
*Per Curiam:* The appeals are dismissed on the authority
of § 237 (a) of the Judicial Code, as amended by the act
of February 13, 1925 (43 Stat. 936, 937), for lack of juris-
diction, on the ground that the decree sought to be re-
viewed is not a final one. *Haseltine* v. *Central Bank of
Springfield (No. 1)*, 183 U. S. 130, 131; *Schlosser* v. *Hemp-
hill*, 198 U. S. 173, 175; *Arnold* v. *United States* for the
use of *Guimarin & Co.*, 263 U. S. 427, 434. The petition
for certiorari in No. 465 is denied for the same reason.

*Messrs. Charles McHenry Howard, W. W. Willoughby, Charles Markell,* and *Henry H. Waters* for appellant in No. 464 and appellee in No. 465. *Messrs. Raymond S. Williams* and *Thomas J. Tingley* for appellees in No. 464 and appellants in No. 465.